**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Sausan E. Kassar                   CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-13038 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates and index same on the master mailing list.

                                                                                 Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
05 Nov 2024, 15:02:50, EST

                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 627-1322