IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Sausan E. Kassar<br>　　　　　　　Debtor | CHAPTER 13 |
| HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates<br>　　　　　　　Moving Party<br>　　　vs. | NO. 22-13038 PMM |
| Sausan E. Kassar<br>　　　　　　　Debtor | 11 U.S.C. Section 362 |
| Kenneth E. West<br>　　　　　　　Trustee | |

## ORDER

AND NOW, this __4th__ day of __February__, 2025 at Philadelphia, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_Patricia M. Mayer_
United States Bankruptcy Judge