UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 22 - 13038 |
|    Sausan E. Kassar | : | (Chapter 13) |
|         Debtor. | : | |
|  | : | Hon. Patricia M. Mayer |
|  | : | |

# NOTICE OF MOTION, RESPONSE DEADLINE
# AND TELEPHONIC OR VIDEO HEARING DATE

   Movant, Sausan E. Kassar, by and through her attorney, Ronald G. McNeil, Esquire, has filed this Motion to Modify Plan After Confirmation with this Court to permit the modification of her confirmed Chapter 13 Plan.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the motion, then on or before **March 12, 2025, you or your attorney must file a response to the Motion**. (*See Instructions on next page*).

3. **A hearing on the Motion is scheduled to be held on March 18, 2025, at 1:00 p.m.** Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing conducted in the following format:
   [ ]    Telephonic via: **1.888.636.3807**, Access Code: 4954493 (PMM)
   [x]    Video Conference using the following link:  .
        If no link is provided, the video conference link will be included
        on the hearing calendar.
        **ZOOM ( The ZOOM link is posted at the top of each Tuesday list -
        https://www.paeb.uscourts.gov/content/philadelphia-calendar-and-dat
        es-judge-patricia-m-mayer )**
   [ ]    In-Person participation is also available for this hearing.
        **[in Courtroom 1, U.S. Bankruptcy Court,  the Robert N.C. Nix Building, 900 Market Street, 2nd Floor,  Philadelphia, PA 19107-4299]**.

4. **If you do not file a response to the Motion**, the Court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at 215-408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## Filing Instructions

1. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

2. **If you are not required to file electronically**, you must file your response at the Clerk of the United States Bankruptcy Court, Robert N.C. Nix Building, Suite 400, 900 Market Street, Philadelphia, PA 19107-4229.

3. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:
   Ronald G. McNeil, Esquire
   1333 Race Street
   Philadelphia, PA 19107-1585
     (215) 564-3999 (t)
     (215) 564-3537 (fx)
   r.mcneil@verizon.net.

/s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: February 19, 2025