UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | : | Case No. 22 - 13038 |
| Sausan E. Kassar | : | (Chapter 13) |
| Debtor. | : | |
| | : | Hon. Patricia M. Mayer |
| | : | |

# CERTIFICATE OF NO OBJECTION

Pursuant to Rule 9014-3(k) of the Local Bankruptcy Rules, I, Ronald G. McNeil, Esquire, certify that a true and correct copy of Debtor's Motion to Modify Plan After Confirmation and its Notice of Motion were served upon all interested parties via the internet, via hand delivery and/or via first class postage prepaid on February 19, 2025, that more than twenty-one (21) days have past since the service of this notice, and that no answer and/or objection has been filed.

    /s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: March 17, 2025