UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | : | |
|---|---|---|
| In re | : | Case No. 22 - 13038 |
| Sausan E. Kassar | : | (Chapter 13) |
| Debtor. | : | |
| | : | Hon. Patricia M. Mayer |
| | : | |

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW, upon consideration of Debtor's Motion to Modify the confirmed Chapter 13 Plan [ECF # 142];

It is hereby **ORDERED** that

a) Debtor's Motion to Modify Plan After Confirmation is **GRANTED**;

b) Debtor's Modified Chapter 13 Plan [ECF # 142-2] is APPROVED.

DATE:                                              BY THE COURT:

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge