UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re  
    Sausan E. Kassar  
        Debtor.

Case No. 22 - 13038  
    (Chapter 13)

Hon. Patricia M. Mayer

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW, upon consideration of Debtor's Motion to Modify the confirmed Chapter 13 Plan [ECF # 142];

It is hereby **ORDERED** that

    a)    Debtor's Motion to Modify Plan fter Confirmation is granted.

    b)    Debtor's Modified Chapter 13 Plan [ECF # 147] is approved.

DATE:  
3/19/25

BY THE COURT

_Patricia M. Mayer_  
Hon. Patricia M. Mayer  
U.S. Bankruptcy Judge