United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-13038-pmm |
| Sausan E. Kassar | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 19, 2025 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Sausan E. Kassar, 6340 Sherwood Road, Philadelphia, PA 19151-2516 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2025           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor WELLS FARGO BANK N.A. amps@manleydeas.com |
| AMAR A AGRAWAL | on behalf of Creditor Sure Kleen Restoration LLC aagrawal@egalawfirm.com, alapinski@egalawfirm.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-FM2, ASSET BACKED PASS-THROUGH CERTIFICATES c/o Select bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Chalet |

Series IV Trust bkecf@friedmanvartolo.com

MEGAN N. HARPER
   on behalf of City of Philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov

MICHELLE L. MCGOWAN
   on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-FM2, ASSET BACKED PASS-THROUGH CERTIFICATES c/o Select mimcgowan@raslg.com

RONALD G. MCNEIL, Esquire
   on behalf of Debtor Sausan E. Kassar r.mcneil@verizon.net

SARAH K. MCCAFFERY
   on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-FM2, ASSET BACKED PASS-THROUGH CERTIFICATES c/o Select smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com

Stephen Franks
   on behalf of Creditor WELLS FARGO BANK N.A. amps@manleydeas.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re    Case No.  22 - 13038
Sausan E. Kassar    (Chapter 13)
Debtor.
Hon. Patricia M. Mayer

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW, upon consideration of Debtor's Motion to Modify the confirmed Chapter 13 Plan [ECF # 142];

It is hereby **ORDERED** that

a)    Debtor's Motion to Modify Plan fter Confirmation is granted.

b)    Debtor's Modified Chapter 13 Plan [ECF # 147] is approved.

DATE:    BY THE COURT

3/19/25    *Patricia M. Mayer*

Hon. Patricia M. Mayer
U.S. Bankruptcy Judge