## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | **:** | |
| | **:** | |
| **Sausan E. Kassar** | **:** | **Case No.: 22-13038** |
| | **:** | **Chapter 13** |
| **Debtor(s).** | **:** | **Judge Patricia M. Mayer** |
| | **:** | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | **:** | |
| | **:** | |

### WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Stephen R. Franks as counsel of

record for creditor **Wells Fargo Bank, N.A.** ("Creditor").  Stephen R. Franks is no longer

counsel for Creditor and should not receive future notices in this case.


/s/ Stephen R. Franks _____          /s/ Adam B. Hall _____

Stephen R. Franks (0075345)                     Adam B. Hall (323867)

MDK Legal                                       MDK Legal

P.O. Box 165028                                 P.O. Box 165028

Columbus, OH  43216-5028                        Columbus, OH  43216-5028

614-220-5611; Fax 614-627-8181                  614-220-5611; Fax: 614-627-8181

SRFranks@mdklegal.com                           ABHall@mdklegal.com


22-034295_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                    :
                                          :   **Case No.: 22-13038**
**Sausan E. Kassar**                      :   **Chapter 13**
                                          :   **Judge Patricia M. Mayer**
                          **Debtor(s)**   :   **\* \* \* \* \* \* \* \* \* \* \* \* \* \***
                                          :
**Wells Fargo Bank, N.A.**                :   **Related Document #**
                          **Movant,**     :
                                          :
        **vs**                            :
                                          :
**Sausan E. Kassar**                      :
**Kenneth E. West**                       :
                                          :
                      **Respondents.**    :
                                          :

**CERTIFICATE OF SERVICE**

     I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

    Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

    Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

    RONALD G. MCNEIL Esquire, Attorney for Sausan E. Kassar,  r.mcneil1@verizon.net

     I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

    Sausan E. Kassar, 6340 Sherwood Road, Philadelphia, PA  19151-2516

                 /s/ Adam B. Hall _____

22-034295_PS