United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-13038-pmm |
| Sausan E. Kassar | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 11, 2025 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14843844 | Email/Text: bknotices@snsc.com | Sep 12 2025 00:44:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 13, 2025          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2025 at the address(es) listed below:

**Name**     **Email Address**

ADAM BRADLEY HALL
    on behalf of Creditor WELLS FARGO BANK N.A. amps@manleydeas.com

AMAR A AGRAWAL
    on behalf of Creditor Sure Kleen Restoration LLC aagrawal@egalawfirm.com, alapinski@egalawfirm.com

DENISE ELIZABETH CARLON
    on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-FM2, ASSET BACKED PASS-THROUGH CERTIFICATES c/o Select bkgroup@kmllawgroup.com

JASON BRETT SCHWARTZ
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

JORDAN MATTHEW KATZ
    on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-FM2, ASSET BACKED PASS-THROUGH CERTIFICATES c/o Select jkatz@raslg.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 11, 2025 | Form ID: trc | Total Noticed: 1 |

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

LAUREN MOYER
    on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Treehouse Series IV Trust bkecf@friedmanvartolo.com

LAUREN MOYER
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Chalet Series IV Trust bkecf@friedmanvartolo.com

MEGAN N. HARPER
    on behalf of City of Philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

MICHELLE L. MCGOWAN
    on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-FM2, ASSET BACKED PASS-THROUGH CERTIFICATES c/o Select mimcgowan@raslg.com

RONALD G. MCNEIL, Esquire
    on behalf of Debtor Sausan E. Kassar r.mcneil@verizon.net

SARAH K. MCCAFFERY
    on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-FM2, ASSET BACKED PASS-THROUGH CERTIFICATES c/o Select smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com

SHERRI DICKS
    on behalf of Creditor HSBC Bank USA  National Association sdicks@raslg.com, shrdlaw@outlook.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 22-13038-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Sausan E. Kassar
6340 Sherwood Road
Philadelphia PA 19151-2516

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/11/2025.

Name and Address of Alleged Transferor(s):

Claim No. 8: SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501

Name and Address of Transferee:

SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/13/25

Tim McGrath
**CLERK OF THE COURT**