UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Sausan E. Kassar<br>Debtor<br><br>SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee for Treehouse Series IV Trust<br>v.<br><br>Sausan E. Kassar<br>Kenneth E. West - Bankruptcy Trustee<br>Respondents | CASE NO.: 22-13038-pmm<br><br>CHAPTER 13<br><br>Judge: Patricia M. Mayer<br><br>Hearing Date:<br><br>Objection Deadline: |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

UPON consideration of the Certification of Default filed SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee for Treehouse Series IV Trust dated __1/6/26__ and with good cause therefore, it is

ORDERED the automatic stay, heretofore in effect pursuant to 11 U.S.C. §362(a), and §1301(a), if applicable, is hereby ~~vacated~~ modified for cause pursuant to 11 U.S.C. §362(d)(1) to permit Movant to exercise all rights available to it under applicable law with respect to 6340 Sherwood Road, Philadelphia, PA 19151, and it is further;

ORDERED that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further;

ORDERED that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

BY THE COURT:

01/13/2026

*Patricia M. Mayer*
Hon. Patricia M. Mayer
U.S.B.J.