**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | | |
| **Sausan E. Kassar,** | : | **Chapter 13** |
| | : | **Case No. 22-13038 PMM** |
| | : | |
| **Debtor.** | : | |

## O R D E R

**AND NOW**, upon consideration of the Motion to Impose Stay ("the Motion") (Doc. #159) seeking relief pursuant to 11 U.S.C. §362;

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **April 20, 2026** the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

**Date:  3/18/26**

_Patricia M. Mayer_
_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**