UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Sausan E. Kassar
                        Debtor

Sausan E. Kassar
                  Movant
v.

SN Servicing Corporation as Servicer
for U.S. Bank Trust National
Association, as Trustee for Treehouse
Series IV Trust
Kenneth E. West - Trustee
                  Respondents

Case No..: 22-13038-pmm

Chapter: 13

Judge: Patricia M. Mayer

## ORDER APPROVING STIPULATION TO REINSTATE STAY

AND NOW, this __25th__ day of __March_____, 2026, it is hereby ORDERED and

DECREED that the Stipulation to Reinstate Stay as to Creditor, SN Servicing Corporation as Servicer for

U.S. Bank Trust National Association, as Trustee for Treehouse Series IV Trust is hereby APPROVED.

The Relief Order entered on January 13, 2026, is hereby VACATED.

BY THE COURT:

_____
Patricia M. Mayer, Bankruptcy Judge