United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-13038-pmm |
| Sausan E. Kassar | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 26, 2026 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Sausan E. Kassar, 6340 Sherwood Road, Philadelphia, PA 19151-2516 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 28, 2026 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |
| AMAR A AGRAWAL | on behalf of Creditor Sure Kleen Restoration  LLC aagrawal@egalawfirm.com, alapinski@egalawfirm.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Chalet Series IV Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-FM2, ASSET BACKED PASS-THROUGH CERTIFICATES c/o Select jkatz@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Treehouse Series IV Trust bkecf@friedmanvartolo.com |

District/off: 0313-2                         User: admin                              Page 2 of 2

Date Rcvd: Mar 26, 2026                     Form ID: pdf900                         Total Noticed: 1

LAUREN MOYER
                    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Chalet
                    Series IV Trust bkecf@friedmanvartolo.com

LAUREN MOYER
                    on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association  as Trustee for Treehouse
                    Series IV Trust bkecf@friedmanvartolo.com

MATTHEW K. FISSEL
                    on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED
                    HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-FM2, ASSET BACKED
                    PASS-THROUGH CERTIFICATES c/o Select bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MEGAN N. HARPER
                    on behalf of City of Philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

MICHELLE L. MCGOWAN
                    on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED
                    HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-FM2, ASSET BACKED
                    PASS-THROUGH CERTIFICATES c/o Select mimcgowan@raslg.com

RONALD G. MCNEIL, Esquire
                    on behalf of Debtor Sausan E. Kassar r.mcneil@verizon.net

SARAH K. MCCAFFERY
                    on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED
                    HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-FM2, ASSET BACKED
                    PASS-THROUGH CERTIFICATES c/o Select smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com

SHERRI DICKS
                    on behalf of Creditor HSBC Bank USA  National Association sdicks@raslg.com, shrdlaw@outlook.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 16

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     Sausan E. Kassar                          Case No..: 22-13038-pmm
                        Debtor
                                                     Chapter: 13
           Sausan E. Kassar
                        Movant                       Judge: Patricia M. Mayer
           v.

           SN Servicing Corporation as Servicer
           for U.S. Bank Trust National
           Association, as Trustee for Treehouse
           Series IV Trust
           Kenneth E. West - Trustee
                        Respondents

### ORDER APPROVING STIPULATION TO REINSTATE STAY

        AND NOW, this ___25th___ day of ___March_____, 2026, it is hereby ORDERED and

DECREED that the Stipulation to Reinstate Stay as to Creditor, SN Servicing Corporation as Servicer for

U.S. Bank Trust National Association, as Trustee for Treehouse Series IV Trust is hereby APPROVED.

The Relief Order entered on January 13, 2026, is hereby VACATED.

                              BY THE COURT:

                              _____
                              Patricia M. Mayer, Bankruptcy Judge