UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Sausan E. Kassar<br>                    Debtor<br><br>SN Servicing Corporation as Servicer<br>for U.S. Bank Trust National<br>Association, as Trustee for Treehouse<br>Series IV Trust<br>v.<br><br>Sausan E. Kassar<br>Kenneth E. West - Bankruptcy Trustee<br>                    Respondents | CASE NO.: 22-13038-pmm<br><br>CHAPTER 13<br><br>Judge:  Patricia M. Mayer<br><br>Hearing Date:<br><br>Objection Deadline: |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**UPON** consideration of the Certification of Default filed SN Servicing Corporation as

Servicer for U.S. Bank Trust National Association, as Trustee for Treehouse Series IV Trust dated

_____ and with good cause therefore, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. §362(a), and

§1301(a), if applicable, is hereby ~~vacated~~ modified for cause pursuant to 11 U.S.C. §362(d)(1) to permit

Movant to exercise all rights available to it under applicable law with respect to 6340 Sherwood

Road, Philadelphia, PA 19151, and it is further;

**ORDERED** that in the event this case is converted to a case under any other chapter of the

U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further;

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus

monies realized by any sale of the Property.

BY THE COURT:

*Patricia M. Mayer*

_____

Hon. Patricia M. Mayer
United States Bankruptcy Judge

**May 26,2026**