United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 22-13038-pmm

Sausan E. Kassar                                                                Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                                    Page 1 of 2

Date Rcvd: May 26, 2026                     Form ID: pdf900                                Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Sausan E. Kassar, 6340 Sherwood Road, Philadelphia, PA 19151-2516 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026                         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |
| AMAR A AGRAWAL | on behalf of Creditor Sure Kleen Restoration  LLC aagrawal@egalawfirm.com, alapinski@egalawfirm.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Chalet Series IV Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-FM2, ASSET BACKED PASS-THROUGH CERTIFICATES c/o Select jkatz@raslg.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor HSBC Bank USA  National Association jkatz@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2                              User: admin                                      Page 2 of 2
Date Rcvd: May 26, 2026                         Form ID: pdf900                               Total Noticed: 1

LAUREN MOYER

on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Chalet
Series IV Trust bkecf@friedmanvartolo.com

LAUREN MOYER

on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association  as Trustee for Treehouse
Series IV Trust bkecf@friedmanvartolo.com

LAUREN MOYER

on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Treehouse Series IV Trust bkecf@friedmanvartolo.com

MATTHEW K. FISSEL

on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED
HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-FM2, ASSET BACKED
PASS-THROUGH CERTIFICATES c/o Select bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MEGAN N. HARPER

on behalf of City of Philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

MICHELLE L. MCGOWAN

on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED
HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-FM2, ASSET BACKED
PASS-THROUGH CERTIFICATES c/o Select mimcgowan@raslg.com

ROBERT BRIAN SHEARER

on behalf of Creditor HSBC Bank USA  National Association rshearer@raslg.com

RONALD G. MCNEIL, Esquire

on behalf of Debtor Sausan E. Kassar r.mcneil@verizon.net

SARAH K. MCCAFFERY

on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED
HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-FM2, ASSET BACKED
PASS-THROUGH CERTIFICATES c/o Select smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com

SHERRI DICKS

on behalf of Creditor HSBC Bank USA  National Association sdicks@raslg.com, shrdlaw@outlook.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 18

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Sausan E. Kassar
                Debtor

SN Servicing Corporation as Servicer
for U.S. Bank Trust National
Association, as Trustee for Treehouse
Series IV Trust
v.

Sausan E. Kassar
Kenneth E. West - Bankruptcy Trustee
        Respondents

CASE NO.: 22-13038-pmm

CHAPTER 13

Judge:  Patricia M. Mayer

Hearing Date:

Objection Deadline:

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

UPON consideration of the Certification of Default filed SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee for Treehouse Series IV Trust dated _____ and with good cause therefore, it is

ORDERED the automatic stay, heretofore in effect pursuant to 11 U.S.C. §362(a), and §1301(a), if applicable, is hereby ~~vacated~~ modified for cause pursuant to 11 U.S.C. §362(d)(1) to permit Movant to exercise all rights available to it under applicable law with respect to 6340 Sherwood Road, Philadelphia, PA 19151, and it is further;

ORDERED that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further;

ORDERED that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

BY THE COURT:

*Patricia M. Mayer*
_____
    Hon. Patricia M. Mayer
    United States Bankruptcy Judge

**May 26,2026**