**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 22-13038-PMM** |
| **Sausan E. Kassar** | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
| **Debtor(s)** | : | *** * * * * * * * * * * * * * * * * *** |
| | : | |
| **Wells Fargo Bank, N.A.** | : | **Related Document #** |
| **Movant,** | : | |
| **vs** | : | |
| | : | |
| **Sausan E. Kassar** | : | |
| **Kenneth E. West** | : | |
| **Respondents.** | : | |
| | : | |

**MOTION TO COMPEL DEBTOR TO PAY DELINQUENT TAXES**

Wells Fargo Bank, N.A. ("Creditor") by and through undersigned counsel and respectfully moves this Court for an Order to compelling Sausan E. Kassar (“Debtor”) to pay delinquent taxes within fourteen (14) days.

A memorandum in support of Creditor’s motion is attached hereto and incorporated by reference herein.

**MEMORANDUM**

Debtor’s Plan which was confirmed on April 11, 2024, at docket 116 and Amended Proof of Claim filed January 25, 2023, at claim 5-3, stated that Debtor would pay the taxes directly to the Philadelphia County Treasurer regarding the property at 5601 Woodcrest Avenue, Philadelphia, Pennsylvania, 19131.

Creditor received notice that the taxes are currently delinquent for 2026 in the amount $5,689.60. Counsel for the Creditor has reached out to Counsel for the Debtor regarding the delinquency, but to date have not received confirmation that the taxes have been paid.

Therefore, Creditor asks this Court for an order compelling Debtor to pay the delinquent taxes within fourteen (14) days, and to maintain and keep current all future tax payments as they come due. Should Debtor fail to pay the taxes Creditor shall be permitted to pay the taxes and file a Notice of Post-Petition Fees to recover the fees. Creditor is also permitted to file a Notice of Post-Petition Fees related to the filing of this motion in the total amount of $400.00.

Respectfully submitted,

/s/ Adam B. Hall

Adam B. Hall, Esquire (323867)
Molly Simons (338992)
MDK Legal
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 22-13038-PMM** |
| **Sausan E. Kassar** | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
| **Debtor(s)** | : | ******************* |
| | : | |
| **Wells Fargo Bank, N.A.** | : | **Related Document #** |
| **Movant,** | : | |
| **vs** | : | |
| | : | |
| **Sausan E. Kassar**<br>**Kenneth E. West** | : | |
| | : | |
| **Respondents.** | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Motion to Compel Debtor to Pay Delinquent Taxes was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

RONALD G. MCNEIL Esquire, Attorney for Sausan E. Kassar, r.mcneil1@verizon.net

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Sausan E. Kassar, 6340 Sherwood Road, Philadelphia, PA 19151-2516

/s/ Adam B. Hall

22-034295_KJB