**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 22-13038-PMM** |
| **Sausan E. Kassar** | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
| **Debtor(s)** | : | ******************* |
| | : | |
| **Wells Fargo Bank, N.A.** | : | **Related Document #** |
| **Movant,** | : | |
| **vs** | : | |
| | : | |
| **Sausan E. Kassar** | : | |
| **Kenneth E. West** | : | |
| **Respondents.** | : | |

**ORDER GRANTING MOTION TO COMPEL DEBTOR TO PAY DELINQUENT TAXES (DOCKET # 183 )**

AND NOW, this ____ day of ___________________, 20_____, upon consideration of the Motion to Compel Debtor to Pay Delinquent Taxes and for good cause shown, Creditor's Motion is granted and Debtor must pay delinquent taxes within fourteen (14) days of the entry of this order.

______________________________
Patricia M. Mayer
United States Bankruptcy Judge

**SUBMITTED BY:**

/s/ Adam B. Hall
______________________________
Adam B. Hall (323867)
Molly Simons (338992)
MDK Legal
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

22-034295_KJB

Copies to:

Sausan E. Kassar, 6340 Sherwood Road, Philadelphia, PA 19151-2516 (notified by regular US Mail)