**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 22-13038-elf** |
| **Sausan E. Kassar** | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
| **Debtor(s)** | : | ******************** |
| | : | |
| **Wells Fargo Bank, N.A.** | : | **Related Document # 183** |
| **Movant,** | : | |
| **vs** | : | |
| | : | |
| **Sausan E. Kassar** | : | |
| **Kenneth E. West** | : | |
| **Respondents.** | : | |
| | : | |

**<u>CERTIFICATION OF NO OBJECTION REGARDING</u>**
**<u>MOTION TO COMPEL DEBTOR TO PAY DELINQUENT TAXES</u>**
**<u>(DOCUMENT NO. 183)</u>**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Compel Debtor to Pay Delinquent Taxes ("Motion") filed on September 2, 2026 at Document No. 183 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 23, 2026.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/ Adam B. Hall

Adam B. Hall, Esquire (323867)
Molly Simons (338992)
MDK Legal
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor

22-034295_KJB

The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 22-13038-elf** |
| **Sausan E. Kassar** | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
| **Debtor(s)** | : | *** * * * * * * * * * * * * * * * * * *** |
| | : | |
| **Wells Fargo Bank, N.A.** | : | **Related Document #183** |
| **Movant,** | : | |
| **vs** | : | |
| | : | |
| **Sausan E. Kassar**<br>**Kenneth E. West** | : | |
| **Respondents.** | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Certificate of No Response was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

RONALD G. MCNEIL Esquire, Attorney for Sausan E. Kassar, r.mcneil@verizon.net

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Sausan E. Kassar, 6340 Sherwood Road, Philadelphia, PA 19151-2516

/s/ Adam B. Hall

22-034295_KJB