UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| | : | |
| In re | : | Case No. 22 - 13038 |
| Sausan E. Kassar | : | (Chapter 13) |
| Debtor. | : | |
| | : | Hon. Patricia M. Mayer |
| | : | |

## ORDER

AND NOW, upon consideration of Debtor's Motion to Approve Mortgage Modification Agreement with Select Portfolio Servicing, Inc. ("Lender"), and any responses thereto, it is hereby ORDERED that

a) Debtor's Motion to Approve Mortgage Modification Agreement with Lender is GRANTED;

b) this May 7, 2026 Lien Modification Agreement between Debtor and Lender is APPROVED;

c) Debtor and Lender are authorized to take all actions necessary to effectuate the terms of this modification; and

d) This Order shall be effective immediately upon entry.

DATE: **October 13, 2026**

BY THE COURT:

Hon. Patricia M. Mayer
U.S. Bankruptcy Judge