**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | | |
| | : | **Chapter 13** |
| **Sausan E. Kassar,** | : | |
| **Debtor.** | : | **Case No. 22-13038 (PMM)** |

**ORDER**

**AND NOW**, upon consideration of the Motion to Compel filed by Wells Fargo Bank (doc. # 183, the "Motion");

AND a hearing with regard to the Motion having been held and concluded on October 14, 2026;

AND for the reasons stated at the hearing;

It is hereby **ordered** that the Motion is **denied**.

Dated: 10/14/26

Patricia M. Mayer

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**