**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

**In RE:**

SAUSAN E. KASSAR

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 2

**Case Number:** 22-13038

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor, **Velocity Investments, LLC by AIS InfoSource, LP as Agent**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

☐ Notice only ☑ Payment only ☐ Notice & Payment

**PAYMENT ADDRESS**

FROM:

Velocity Investments, LLC by AIS InfoSource, LP as Agent

PO Box 4457

Houston, TX 77210-4457

TO:

Velocity Investments, LLC

PO Box 661380

Dallas,TX 75266-1380

Date: 10/27/2026

/s/ Bhavika Nagpal

Creditor's Authorized Agent for Velocity Investments, LLC by AIS InfoSource, LP as Agent

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**In RE:**

**Chapter:** 13

SAUSAN E. KASSAR

**Case Number:** 22-13038

**Debtor(s)**

## Certificate of Service

I certify that on 10/27/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
RONALD G MCNEIL ESQUIRE
R.MCNEIL@VERIZON.NET

Trustee
KENNETH E WEST
ecfemails@ph13trustee.com

/s/ Bhavika Nagpal

Bhavika Nagpal
AIS InfoSource, LP
4515 N Santa Fe Ave.
Oklahoma City, OK 73118
877-893-8820
POC_AIS@aisinfo.com